# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AMNEAL PHARMACEUTICALS LLC.<br><br>*Plaintiff*,<br><br>v.<br><br>PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado; PATRICIA A. EVACKO, ERIC FRAZER, RYAN LEYLAND, JAYANT PATEL, AVANI SONI, KRISTEN WOLF, and ALEXANDRA ZUCCARELLI, in their official capacities as members of the Colorado State Board of Pharmacy,<br><br>*Defendants*. | Case No.: 24-cv-2609 |

## NOTICE OF RELATED CASE

Pursuant to Local Rule of Civil Procedure 3.2, Plaintiff Amneal Pharmaceuticals LLC notifies the Court that the above-captioned case is related to the following pending action:

1. *Teva Pharmaceuticals USA, Inc. v. Weiser, et al.*, Case No. 23-cv-2584-DDD-JPO (D. Colo.) (Domenico, J.).

| | |
|---|---|
| Dated: September 22, 2024 | **KIRKLAND & ELLIS LLP** |
| | |
| | _/s/ Jay P. Lefkowitz_ |
| | Jay P. Lefkowitz, P.C. |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | lefkowitz@kirkland.com |
| | |
| | Alexandra I. Russell |
| | KIRKLAND & ELLIS LLP |
| | 1301 Pennsylvania Avenue, NW |
| | Washington, D.C. 20004 |
| | alexandra.russell@kirkland.com |
| | |
| | Cole Carter |
| | KIRKLAND & ELLIS LLP |
| | 333 West Wolf Point Plaza |
| | Chicago, IL 60654 |
| | cole.carter@kirkland.com |
| | |
| | *Attorneys for Amneal Pharmaceuticals LLC* |