# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AMNEAL PHARMACEUTICALS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILIP J. WEISER, in his official capacity as Attorney General of the State of Colorado,<br><br>*Defendant*. | Case No.: 24-cv-2609 |

## JOINT STATUS REPORT

Pursuant to the Court's December 30, 2025, order, ECF 24, Plaintiff Amneal Pharmaceuticals LLC and Defendant Philip J. Weiser submit the following joint status report proposing next steps and deadlines for further proceedings.

1. Defendant will file a responsive pleading by February 3, 2026, which is 21 days from the submission of this status report.

2. After the submission of the responsive pleading, the Court may set a Rule 16(b) scheduling conference at a time of its convenience.[1] The parties will conduct the required Rule 26(f) conference at least 21 days before the scheduling conference, as required by Rule 26(f)(1).

Dated: January 13, 2026

*/s/ Jay P. Lefkowitz*
Jay P. Lefkowitz
KIRKLAND & ELLIS LLP

---

[1] The parties note that a Rule 16(b) scheduling conference will be held on March 24, 2026, in the related *Teva Pharmaceuticals USA, Inc. v. Weiser* matter, Case No. 1:23-cv-2584-DDD-TPO, before Magistrate Judge O'Hara.

601 Lexington Avenue
New York, NY 10022
(212) 446-4970

*Counsel of Record for Plaintiff Amneal Pharmaceuticals LLC*

*/s/ Pawan Nelson*
Pawan Nelson, #49462
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6578

*Counsel of Record for Defendant Philip J. Weiser*