IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No:  1:24-cv-02609-GPG-SBP          Date: March 16, 2026
Courtroom Deputy:    Stef Jeffries                        FTR: Courtroom A502

| _Parties:_ | _Counsel:_ |
|---|---|
| AMNEAL PHARMACEUTICALS LLC, | Cole Carter |
|  | Jay Lefkowitz |
| Plaintiff, |  |
| v. |  |
| PHILIP WEISER, | Pawan Nelson |
| Defendant. |  |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**10:33 a.m.       Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the parties' respective positions regarding discovery to be conducted in this matter.  The parties are directed to confer regarding a revised proposed scheduling order.

For the reasons stated on the record, it is

**ORDERED:**          The parties' revised proposed scheduling order shall be filed (along with a courtesy copy emailed to Prose_Chambers@cod.uscourts.gov) on or before **March 27, 2026**.

**10:42 a.m.       Court in recess.**

Hearing concluded.
Total in-court time: 9 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.